No. 871. SANTOS *v.* FRANCO ET AL.—Appeal from the District Court of San Juan, Section 1. Decided June 4, 1912. Appeal dismissed on motion of respondent for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911, and rule 40 of this court. *Messrs. Bosch and Soto* for the moving party. *Mr. Rafael López Landrón* for the adverse party.

No. 872. YUMET & Co. *v.* QUIÑONES.—Appeal from the District Court of Aguadilla. Decided June 16, 1912. Appeal withdrawn by appellant. *Mr. Victor P. Martínez* for appellant. *Messrs. Reichard and Reichard* for respondents.

No. 306. EX PARTE MEDINA.—Petition of the National Surety Company for the cancellation of notarial surety bond. Decided June 8, 1912. Order issued requiring Notary Medina to furnish a new bond if he desired to continue to practice as notary. The National Surety Company appeared *per se.*

No. 873. HUETE *v.* TEILLARD.—Appeal from the District Court of Mayagüez. Decided June 10, 1912. Appeal dismissed on motion of appellant for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911, and rule 40 of this court. *Mr. José Benet* for moving party. *Messrs. Cayetano Coll y Cuchí* and *Francis H. Dexter* for adverse party.

No. 314. EX PARTE GREGORY.—Petition by the National Surety Company to withdraw the petition to cancel notarial bond. Decided June 12, 1912. Petition granted and bond held to be still in force. The National Surety Company appeared *per se.*